1  MARK J. REICHEL, Esq SBN 155034
   455 CAPITOL MALL 3RD FLOOR
2  Sacramento, California 95814
   Telephone: (916) 498 9258
3

4  Attorney for defendant
   BRYAN SMITH
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )
                                )  CR. NO.  S-11-428 GEB
11           Plaintiff,          )
                                )
12    v.                         )
                                )   STIPULATION AND ORDER
13                               )   ADDING TERM TO PRETRIAL RELEASE
   BRYAN SMITH,                  )
14                               )
                                )
15                               )
             Defendants.         )
16 _____)

17      IT IS HEREBY stipulated between the United States of America,
18 through its undersigned counsel, Assistant U.S. Attorney Richard
19 Bender, and defendant Bryan Smith, through his undersigned counsel,
20 that the terms of defendant's pretrial release shall be modified to
21 include the following term:
22      You shall participate in a program of medical or psychiatric
23      treatment, including treatment for drug or alcohol dependency,
24      as approved by the pretrial services officer.  You shall pay all
25      or part of the costs of the counseling services based upon your
26      ability to pay, as determined by the pretrial services officer.
27
28      This term is specifically requested by Pretrial Services Officer

                                    1

1  Ms. Gaskins.

3                              Respectfully submitted,

5  Dated: April 7, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

7                                /s/ Richard J. Bender
                                 _____
8                                RICHARD BENDER
                                 Assistant U.S. Attorney

11 Dated: April 7, 2012          /s/  Mark J. Reichel
                                 _____
12                               MARK J. REICHEL
                                 Attorney for Defendant

**ORDER**

17 IT IS SO ORDERED.

19 Dated: April 10,2012

20                                /s/ Gregory G. Hollows
                                 _____
                                 UNITED STATES MAGISTRATE JUDGE