1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2731
   Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO.   2:11-cr-428 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION ADJUSTING MOTIONS SCHEDULE FOR DEFENDANT BRYAN SMITH** |
| KELLY SMITH, | |
| Defendant, | |

Government counsel needs a few extra days to complete its response to the defendant's motions to suppress and to dismiss.  Presently the government's response is due today, June 1, 2012, the defendant's reply is due June 11th, and the hearing set for June 22, 2012 at 9:00 a.m.  The suggested revised schedule is as follows:

Government's response due:              June 5, 2012

Defendant's (optional) reply due:        June 13, 2012

Hearing (unchanged, argument only):   June 22, 2012 at 9:00 a.m.

Under this schedule the Court will have the completed briefings six business days prior to the hearing.  Obviously, if it needs additional time the schedule can be adjusted accordingly. Therefore, it is respectfully submitted that the Court adopt the above schedule.  [Speedy Trial Act time has already been excluded to the scheduled trial date.]

//

Stipulation and Order setting motions schedule for
defendant Bruce Goldsmith

1

[Stipulation Adjusting Motions Schedule for Defendant Bryan Smith (cont.)]

Dated:  June 1, 2012                              Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  by:  /s/  Richard J. Bender
                                                  RICHARD J. BENDER
                                                  Assistant U.S. Attorney


Dated:  June 1, 2012

                                                    /s/ Mark Reichel   (by RJB)
                                                      MARK REICHEL
                                                  Attorney for Bryan Smith


**ORDER**

It is SO ORDERED,

**Date:  6/5/2012**

                                                  _____
                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge