MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
BRYAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>                             )<br>                             )<br>BRYAN SMITH ET AL            )<br>                             )<br>            Defendants.      )<br>_____) | NO. CR.S-11-428 GEB<br><br>REQUEST AND DECLARATION OF DEFENSE COUNSEL TO FILE DEFENDANT'S REPLY PLEADINGS ON FRIDAY, JUNE 29, 2012<br><br>HEARING DATE REMAINS THE SAME<br><br>Date:   July 6, 2012<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell Jr. |

   Defendant Bryan Smith, through counsel, hereby requests to file his Reply pleadings to the motions on file on June 29, 2012.

   The Reply pleadings are currently due June 26, 2012.

Dispositive Pretrial Motion No. 3

1  Defense counsel submits the following in support:
2  The Motions are extensive, and the government and
3  defense counsel both have previously been allowed additional
4  time within which to file and Oppose the pleadings.  Defense
5  counsel was out of town June 11-18th, and returned to a very
6  large and dispositive motion in a civil trial in Sacramento
7  Superior Court having been filed in Weinrick v. Snyder, 34-
8  2010-00071233.  This motion, unexpected, has caused defense
9  counsel to spend at least 3 days this week drafting the
10 opposition.  As well, defense counsel has extensive pleadings
11 due in several federal criminal matters, and has had
12 unexpected difficulty in getting the Reply pleadings on file
13 in this case.
14 The delay was unexpected.
15 Defense counsel has contacted AUSA Rick Bender on two
16 occasions, via e mail, and requested his agreement to this
17 new date.  I have not heard back from him.

Dispositive Pretrial Motion No. 3              2

1   I declare to the court that the foregoing is true and
2 correct.
3          Dated June 27, 2012
4
5                              *MARK J. REICHEL*
6                              MARK J. REICHEL
7
8     It Is So Ordered.  Reply Pleadings in this case shall be
9 on file June 29, 2012.
10 Dated:  June 27, 2012
11
12 _____
   GARLAND E. BURRELL, JR.
13 United States District Judge

Dispositive Pretrial Motion No. 3                3