```
 1  MARK J. REICHEL, State Bar #155034
    THE LAW OFFICES OF REICHEL & PLESSER
 2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
    Sacramento, California  95814
 3  Telephone: (916) 498-9258
    FAX:       (916) 441-6553
 4  mark@reichellaw.com
    www.reichellaw.com
 5
    Attorney for Defendant
 6  BRYAN SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>  )<br>BRYAN SMITH  )<br>  )<br>        Defendants.  )<br>_____ | Case NO. CR-11-428 GEB<br><br>**STIPULATION TO CONTINUE**<br>**MOTIONS HEARING DATE**<br><br>**DATE: October 19, 2012**<br>**TIME: 9:00 a.m.**<br>**JUDGE: HON. GARLAND E.**<br>**       BURRELL JR.** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, RICHARD J. BENDER, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the motions hearing be re calendared for October 19, 2012. The defense Reply shall be filed Monday morning at 9 a.m. October 15th.

As motions are on file, and time has previously been excluded in this matter, there is no need for a further Order excluding time.

```
DATED: October 9, 2012.     Respectfully submitted,

                            MARK J. REICHEL, ESQ.

                            /s/ MARK J. REICHEL
                            MARK J. REICHEL
                            Attorney for defendant


                            BENJAMIN WAGNER
                            United States Attorney

DATED: October 9, 2012.     /s/MARK J. REICHEL for:
                            RICHARD J. BENDER
                            Assistant U.S. Attorney
                            Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The hearing is re calendared for October 19, 2012.

Dated:  October 9, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                                              2