BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2731
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRYAN SMITH,<br><br>　　　　　　　Defendant, | CASE NO.   2:11-CR-428 GEB<br><br>**STIPULATION CONTINUING SENTENCING OF DEFENDANT BRYAN SMITH; ORDER**<br><br>Present Sentencing Date:  5/3/2013<br>Proposed Hearing Date:  5/24/2013 |

　　　　Counsel for both the defendant and for the government request that the sentencing of the above defendant, presently scheduled for May 3, 2013, be continued to May 24, 2013, at 9:00 a.m. This sentencing has been continued multiple times and some explanation is appropriate.  One of the causes of the delay has been the settling of the outstanding state tax liability involving the marijuana dispensary sales and the provision in the plea agreement which allows/requires a portion of the cash seized at the defendant's residence to be used towards that liability.  The process involved in obtaining a settlement of that liability with the California Board of Equalization has taken longer than expected but appears imminent.  Second, the defendant has still to complete an obligation in the plea agreement to account for the dissolution of certain assets.  Substantial steps have been taken towards that obligation, but it is not yet complete.  Third, settlement negotiations currently taking

Stipulation and Order continuing sentencing as to
defendant Bryan Smith

1

place in other marijuana dispensary cases my impact the government's sentencing recommendation in the present case and the additional time will likely provide some clarification of the position the government intends to take in this case. For all these reasons, it is requested that the sentencing of defendant Bryan Smith be continued to May 24, 2013, at 9:00 a.m.

Dated:  May 2, 2013                    Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              by:  /s/  Richard J. Bender
                                              RICHARD J. BENDER
                                              Assistant U.S. Attorney

Dated: May 2, 2013

                                                /s/ Mark Reichel   (by RJB)
                                                 MARK REICHEL
                                              Attorney for Bryan Smith

## ORDER

It is SO ORDERED.

**Date:  5/2/2013**

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge

Stipulation and Order continuing sentencing as to defendant Bryan Smith