1 BENJAMIN B. WAGNER
United States Attorney
2 RICHARD J. BENDER
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            2:11-CR-00428-GEB

12         Plaintiff,                   ORDER TO INCORPORATE PRELIMINARY
                                        ORDER OF FORFEITURE INTO JUDGMENT
13         v.                           IN A CRIMINAL CASE

14 BRYAN SMITH,

15         Defendant.

16

17

18     The Preliminary Order of Forfeiture entered April 30, 2013, is hereby made final as to defendant

19 Bryan Smith and shall be incorporated into the Judgment in a Criminal Case filed June 19, 2013.

20     SO ORDERED

21 **Date: 6/25/2013**

22

23 _____
GARLAND E. BURRELL, JR.
24 Senior United States District Judge

25

26

27

28

1

Order to Incorporate Preliminary Order
of Forfeiture Into Judgment

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Order to Incorporate Preliminary Order
of Forfeiture Into Judgment