SUMMER MCKEIVIER SBN 230605
Criminal Defense Group
5250 Lankershim Blvd., Ste. 500
North Hollywood, CA
Telephone: (818) 487-7400

Attorney for Defendant
BRYAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>BRYAN SMITH,<br><br>   Defendant. | No. Cr. S-11-428 GEB<br><br>**[ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable GARLAND E. BURRELL, JR. |
|---|---|

**ORDER**

  This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

  The parties agree, and the Court finds, that Mr. Smith is entitled to the benefit of Amendment 782, which reduces the total offense level from 31 to 29. The resulting guideline range is 87 to 108 months.

  IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2013 is reduced to a term of 60 months.

  IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Smith shall report to the United States Probation Office within seventy-two hours after his release.

Dated: July 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge