MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
BRIAN SMITH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-CR-428 GEB |
| Plaintiff, | )<br>)<br>) | ORDER EXONERATING BOND AND RETURNING ANY COLLATERAL POSTED |
| v. | ) | |
| BRIAN SMITH | )<br>) | Judge:  Hon. Kendall J. Newman |
| Defendant. | ) | |

Defendant was placed upon pretrial release under conditions including the posting of bond on September 15, 2011. Defendant was sentenced on May 24, 2013, and has now served that term of sentence imposed thereon.  Defendant made and attended all court appearances, having been sentenced and served that term of sentence imposed, requests bail to be exonerated and collateral returned.

////

////

////

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the Bond in this matter is exonerated and collateral for the posting of bond shall be returned.

Dated: September 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE